# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA         )       CASE NUMBER  08mj1398
                                 )
             vs                  )       ABSTRACT OF ORDER
                                 )
                                 )       Booking No. _____
                                 )
Agustin Madrigal-                )
         Cervantes               )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ____5/13/08_____

the Court entered the following order:

___✓___  Defendant be released from custody.

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release
         and released from custody.

___✓___  Defendant released on $ __25,000 PS__ bond posted.

_____  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____  Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____  c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
         _____dismissing appeal filed.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

_____  Case Dismissed.

_____  Defendant to be released to Pretrial Services for electronic monitoring.

_____  Other._____

                                                 **LOUISA S. PORTER**
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

                                                          OR
Received _____[signature]_____            W. SAMUEL HAMRICK, JR.  Clerk
              DUSM                       by
                                                 [signature]
                                                          Deputy Clerk

Crim-9   (Rev 6-95)                                     ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY